JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SUSAN MAE POLK,

                Petitioner,

    v.

M. HILL,

                Respondent.

Case No. 5:23-CV-2659-MEMF (SK)

**JUDGMENT**

    Pursuant to the Order Accepting Report and Recommendation to Dismiss Habeas Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus under 28 U.S.C. § 2254 is dismissed as untimely and that this action is dismissed with prejudice.

DATED: March 5, 2026

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge